Astor Garage Corporation, Appellant, *v.* Estate of James
Rozell, Inc., Respondent, et al., Defendants.

Argued May 15, 1945; decided June 14, 1945.

*Edward R. Finch, Edward Gettinger, Samuel W. Sherman* and *George M. Welch* for appellant.

*George J. Vogel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.